AO 451 (Rev. 01/09) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of Oregon

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN -2 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

SAMC 09 - 11

| | |
|---|---|
| CYNTHIA HOFF | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:07-CV-215JE |
| CURTIS O. BARNES, P.C. | ) |
| *Defendant* | ) |

**CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT**

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 10/31/07.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: 05/20/09

Mary L. Moran, Acting Clerk of Court
CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

FILED'07 OCT 31 16:52 USDC-ORP

Terrance J. Slominski
Slominski & Associates
7150 SW Hampton, Suite 201
Tigard, Oregon 97223
(503) 968-2505
FAX: 503-684-7905
tjslominski@yahoo.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CYNTHIA HOFF, | ) |
| Plaintiff, | ) CASE NO.: 3:07-CV-215 JE |
| v. | ) JUDGMENT |
| | ) SA MC 09-11 |
| CURTIS O. BARNES, PC, | ) |
| Defendants. | ) |

This matter came on before the court on application for a default judgment after an entry of an order finding the Defendant in default for failure to appear within the time allowed by law,

It is HEREBY ORDERED AND ADJUDGED, that Plaintiff is awarded $10,000 in general damages together with $10,000 in punitive damages, $5,000 of which shall be payable to her attorney, Terrance J. Slominski. In addition, Plaintiff shall recover her costs in the amount of $350 and attorney fees in the amount of $ 3,000. ~/xx, which under all the circumstances, the Court finds to be a reasonable fee.

DATED this 31st of October, 2007.

Judge Anna Brown
United States District Judge

Certified to be a true and correct copy of original filed in this District.
Dated 5/20/09
Mary L. Morah, Acting Clerk of Court
US District Court of Oregon
By Deputy Clerk _____
Pages 1 Through 1

Page 1- JUDGMENT