Terrance J. Slominski
Slominski & Associates
7150 SW Hampton, Suite 201
Tigard, Oregon 97223
(503) 968-2505
FAX: 503-684-7905
Email: tjslominski@yahoo.com



IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOFF, | ) |
| | ) CASE NO.: 8:09-mc-00011-UA |
| Plaintiff, | ) |
| | ) SATISFACTION OF JUDGMENT |
| v. | ) |
| | ) |
| CURTIS O. BARNES, PC, | ) |
| | ) |
| Defendants. | ) |

In consideration of the sum of $24,905.45 to the undersigned, paid in full, satisfaction is hereby acknowledged of that certain Judgment rendered in the above-entitled court and cause on October 31, 2007; Said judgment was docketed in the judgment docket of the above-referenced court. The clerk of the court is hereby requested to enter this Satisfaction of record.

DATED this 9th of July, 2009.

*Cynthia Hoff*
Cynthia Hoff, Plaintiff

Page 1- SATISFACTION OF JUDGMENT